# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter, Susan P. | Western District of Pennsylvania | 03/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Court Judge/FT | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
17 South Park Row
Room A 280
Erie, PA 16501

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▓▓▓▓▓▓▓▓▓ - Salary & Bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank, N.A. | Portfolio Line of Credit | K |
| 2. Chase Bank | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Checking/Money Market Accounts | A | Interest | M | T | | | | | |
| 2. Navy Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. PA Tuition Account 529 - Guaranteed Savings Plan | | None | | | Sold | 02/25/20 | J | | |
| 4. ▓▓▓▓▓▓▓▓, City of Erie, Erie County, PA | E | Rent | K | W | | | | | |
| 5. ▓▓▓▓▓▓▓▓, City of Erie, Erie County, PA | C | Rent | | | Sold | 10/05/20 | K | E | |
| 6. U.S. Savings Bonds - Series EE Bonds | A | Interest | J | T | | | | | |
| 7. PNC WM ACCOUNTS: (H) | | | | | | | | | |
| 8. - Harding Loevner International Equity (HLMIX) | | None | | | Sold (part) | 06/11/20 | J | A | |
| 9. | | | | | Sold | 06/18/20 | J | A | |
| 10. - IShares MSCI Emerging Markets ETF (EEM) | | None | | | Sold (part) | 02/27/20 | J | A | |
| 11. | | | | | Sold | 06/12/20 | J | A | |
| 12. - IShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | J | T | Buy (add'l) | 02/27/20 | J | | |
| 13. | | | | | Sold (part) | 02/27/20 | J | A | |
| 14. | | | | | Sold (part) | 06/12/20 | J | B | |
| 15. | | | | | Sold (part) | 07/16/20 | J | A | |
| 16. | | | | | Sold (part) | 09/23/20 | J | A | |
| 17. | | | | | Sold (part) | 12/21/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 19.   - IShares Core S&P Small-Cap ETF (IJR) | A | Dividend | J | T | Buy<br>(add'l) | 01/23/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 21. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 22. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 24. | | | | | Sold<br>(part) | 06/12/20 | J | | |
| 25. | | | | | Sold<br>(part) | 07/16/20 | J | | |
| 26. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 28. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 29.    - TRowe Price Growth Stock Fd (PRGFX) | B | Dividend | K | T | Sold<br>(part) | 02/26/20 | J | A | |
| 30. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 31. | | | | | Sold<br>(part) | 06/11/20 | J | B | |
| 32. | | | | | Sold<br>(part) | 12/14/20 | J | A | |
| 33. | | | | | Sold<br>(part) | 12/18/20 | J | C | |
| 34. | | | | | Sold<br>(part) | 12/30/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   - TRowe Price Summit Muni Fd (PRINX) | | None | | | Sold | 02/26/20 | J | A | |
| 36.   - Vanguard Inter-Term Tax Exempt Fd (VWIUX) | B | Dividend | M | T | Buy (add'l) | 01/23/20 | J | | |
| 37. | | | | | Sold (part) | 02/26/20 | J | A | |
| 38. | | | | | Sold (part) | 04/06/20 | J | | |
| 39. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 40. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 41.   - Fidelity Government Money Market Fd (FIGXX) | A | Dividend | | | Sold (part) | 01/22/20 | J | | |
| 42. | | | | | Sold | 03/27/20 | J | | |
| 43.   - Baird Aggregate Bond Fd #72 (BAGIX) | A | Dividend | J | T | Buy (add'l) | 09/22/20 | J | | |
| 44. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 45. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 46.   - Dodge & Cox Income Fd #147 (DODIX) | A | Dividend | J | T | Buy (add'l) | 12/18/20 | J | | |
| 47. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 48.   - Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 02/27/20 | J | C | |
| 49. | | | | | Sold (part) | 06/12/20 | J | C | |
| 50.   - Vanguard International Value Fd #46 (VTRIX) | A | Dividend | K | T | Buy (add'l) | 01/23/20 | J | | |
| 51. | | | | | Buy (add'l) | 02/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 53. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 54. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 55. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 56. | | | | | Sold (part) | 06/11/20 | J | | |
| 57. | | | | | Sold (part) | 12/18/20 | J | A | |
| 58. | | | | | Sold (part) | 12/30/20 | J | A | |
| 59.   - IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | Buy (add'l) | 04/21/20 | J | | |
| 60. | | | | | Sold (part) | 06/12/20 | J | | |
| 61.   - IShares MSCI EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy (add'l) | 01/23/20 | J | | |
| 62. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 63. | | | | | Sold (part) | 04/03/20 | J | | |
| 64. | | | | | Sold (part) | 04/06/20 | J | | |
| 65. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 66. | | | | | Sold (part) | 06/12/20 | J | | |
| 67. | | | | | Sold (part) | 07/16/20 | J | | |
| 68. | | | | | Sold (part) | 12/31/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.    - WCM Focused Intl Growth Fd (WCMIX) | A | Dividend | J | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 70. | | | | | Sold<br>(part) | 12/18/20 | J | B | |
| 71. | | | | | Sold<br>(part) | 12/30/20 | J | A | |
| 72.    - Edgewood Growth Fd (EGFIX) | A | Dividend | J | T | Sold<br>(part) | 02/26/20 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 75. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 76.    - Cambiar Intl Equity Fd (CAMYX) | A | Dividend | | | Buy<br>(add'l) | 01/22/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 78. | | | | | Sold<br>(part) | 04/02/20 | J | | |
| 79. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 80. | | | | | Sold<br>(part) | 06/11/20 | J | | |
| 81. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 82. | | | | | Sold | 12/30/20 | J | A | |
| 83.    - Lazard Global Listed Infrastructure Fd<br>#1243 (GLIFX) | A | Dividend | J | T | Buy<br>(add'l) | 01/22/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/11/20 | J | | |
| 87. | | | | | Sold (part) | 12/18/20 | J | | |
| 88. | | | | | Sold (part) | 12/30/20 | J | | |
| 89.    - Harbor Large Cap Value Fd (HAVLX) | B | Dividend | K | T | Buy (add'l) | 01/22/20 | J | | |
| 90. | | | | | Sold (part) | 02/26/20 | J | A | |
| 91. | | | | | Sold (part) | 06/11/20 | J | A | |
| 92. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 93. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 94. | | | | | Sold (part) | 12/18/20 | J | B | |
| 95. | | | | | Sold (part) | 12/30/20 | J | B | |
| 96.    - Principal Mid Cap Fund R6 (PMAQX) | A | Dividend | J | T | Buy (add'l) | 01/22/20 | J | | |
| 97. | | | | | Buy (add'l) | 02/26/20 | J | | |
| 98. | | | | | Sold (part) | 04/02/20 | J | | |
| 99. | | | | | Sold (part) | 12/18/20 | J | A | |
| 100.   - PNC Bank NA Deposit Sweep Money Market | A | Interest | J | T | | | | | |
| 101.   - Schwab US REIT ETF (SCHH) | A | Dividend | | | Buy (add'l) | 01/23/20 | J | | |
| 102. | | | | | Buy (add'l) | 02/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 04/03/20 | J | | |
| 104. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 105. | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 106. | | | | | Sold | 04/13/20 | J | | |
| 107.  - Vanguard Value ETF (VTV) | A | Dividend | J | T | Sold<br>(part) | 02/27/20 | J | A | |
| 108. | | | | | Sold<br>(part) | 06/12/20 | J | | |
| 109. | | | | | Sold<br>(part) | 07/16/20 | J | | |
| 110.  - Vanguard FTSE Emerging Markets (VWO) | A | Dividend | J | T | Sold<br>(part) | 02/27/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 113. | | | | | Sold<br>(part) | 06/12/20 | J | | |
| 114. | | | | | Sold<br>(part) | 07/16/20 | J | | |
| 115. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 116.  - Western Asset Core Plus Bond Fd (WACPX) | A | Dividend | J | T | Buy<br>(add'l) | 02/26/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 12/30/20 | J | | |
| 119.  - Wells Fargo Municipal Bond Fd (WMBIX) | B | Dividend | L | T | Sold<br>(part) | 02/26/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 121. | | | | | Sold (part) | 11/16/20 | J | A | |
| 122. - AMG RR Small Cap Value Fd (ARSIX) | | None | | | Buy | 04/02/20 | J | | |
| 123. | | | | | Sold (part) | 06/11/20 | J | A | |
| 124. | | | | | Sold | 07/15/20 | J | A | |
| 125. - Baron Small Cap Fd (BSFIX) | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 126. | | | | | Sold (part) | 06/11/20 | J | A | |
| 127. | | | | | Sold (part) | 07/15/20 | J | A | |
| 128. | | | | | Sold (part) | 12/18/20 | J | A | |
| 129. | | | | | Sold (part) | 12/30/20 | J | A | |
| 130. - Wisdomtree US Quality Dividend ETF (DGRW) | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 131. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 132. - Fidelity Spartin Tax-Free Bd Fund #090 (FTABX) | B | Dividend | M | T | Buy | 01/22/20 | K | | |
| 133. | | | | | Buy (add'l) | 02/26/20 | K | | |
| 134. | | | | | Buy (add'l) | 06/16/20 | K | | |
| 135. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 136. | | | | | Buy (add'l) | 12/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - AMG GW&K Small Cap Core Fd (GWEIX) | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 138. | | | | | Buy (add'l) | 04/02/20 | J | | |
| 139. | | | | | Buy (add'l) | 04/03/20 | J | | |
| 140. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 141. | | | | | Sold (part) | 06/11/20 | J | | |
| 142. | | | | | Sold (part) | 09/22/20 | J | A | |
| 143. | | | | | Sold (part) | 12/18/20 | J | A | |
| 144. | | | | | Sold (part) | 12/30/20 | J | A | |
| 145. - MFS Value Fund (MEIIX) | A | Dividend | J | T | Buy | 04/20/20 | J | | |
| 146. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 147. - Nuance Mid Cap Value Fd - Z (NMVZX) | A | Dividend | | | Buy | 04/02/20 | J | | |
| 148. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 149. | | | | | Sold | 07/15/20 | J | A | |
| 150. - Oakmark Internationsl Small Cap Fd #2888 (OANEX) | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 151. | | | | | Sold (part) | 06/11/20 | J | A | |
| 152. | | | | | Sold (part) | 12/30/20 | J | A | |
| 153. - Polen International Growth Fd. (POIIX) | | None | | | Buy | 06/18/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 155.  - Invesco QQQ Trust ETF (QQQ) | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 156. | | | | | Buy<br>(add'l) | 09/23/20 | J | | |
| 157.  - Touchstone Mid Cap Growth Fd (TEGIX) | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 158. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 159. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 160. | | | | | Sold<br>(part) | 12/30/20 | J | A | |
| 161.  - Touchstone Sands Emerging Growth Fd<br>#565 (TSEGX) | | None | J | T | Buy | 07/15/20 | J | | |
| 162.  - Vanguard Real Estate ETF (VNQ) | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 164. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 165. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 166. | | | | | Buy<br>(add'l) | 04/21/20 | J | | |
| 167. | | | | | Sold<br>(part) | 06/11/20 | J | A | |
| 168. | | | | | Sold<br>(part) | 12/21/20 | J | A | |
| 169. | | | | | Sold<br>(part) | 12/31/20 | J | A | |
| 170.  - Wasatch International Opportunities Fd<br>(WIIOX) | A | Dividend | J | T | Buy | 04/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 172. | | | | | Sold<br>(part) | 06/11/20 | J | A | |
| 173. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 174. | | | | | Sold<br>(part) | 12/30/20 | J | A | |
| 175.   - Wells Fargo Core Bond Fd (WTRIX) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 176.   PNC RETIREMENT ACCOUNT (H) | | | | | | | | | |
| 177.   - Baird Aggregate Bond Fd (BAGIX) | D | Dividend | N | T | Buy<br>(add'l) | 03/20/20 | L | | |
| 178. | | | | | Sold<br>(part) | 04/30/20 | M | D | |
| 179. | | | | | Buy<br>(add'l) | 12/18/20 | K | | |
| 180. | | | | | Buy<br>(add'l) | 12/30/20 | K | | |
| 181.   - Dodge & Cox International Fd (DODFX) | | None | | | Sold<br>(part) | 06/11/20 | J | A | |
| 182. | | | | | Sold | 07/15/20 | J | A | |
| 183.   - Fidelity Money Market Fund (FIGXX) | A | Dividend | J | T | | | | | |
| 184.   - Harding Loevner International Fd<br>(HLMIX) | | None | | | Sold<br>(part) | 06/11/20 | J | B | |
| 185. | | | | | Sold | 06/19/20 | J | C | |
| 186.   - IShares MSCI EAFE Small Cap (SCZ) | A | Dividend | J | T | Sold<br>(part) | 06/12/20 | J | A | |
| 187. | | | | | Sold<br>(part) | 07/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - IShares S&P Small Cap (IJS) | A | Dividend | | | Sold (part) | 06/12/20 | J | A | |
| 189. | | | | | Sold | 07/16/20 | K | | |
| 190.  - Metropolitan West Unconstrained Bond (WMCIX) | A | Dividend | K | T | Buy (add'l) | 07/15/20 | J | | |
| 191. | | | | | Sold (part) | 12/30/20 | J | C | |
| 192.  - T Rowe Price Growth Stock (PRGFX) | B | Dividend | K | T | Sold (part) | 06/11/20 | K | D | |
| 193. | | | | | Sold (part) | 12/18/20 | K | E | |
| 194.  - T Rowe Price New Horizons (PRNHX) | D | Dividend | K | T | Sold (part) | 06/11/20 | J | D | |
| 195. | | | | | Sold (part) | 12/30/20 | K | D | |
| 196.  - Vanguard FTSE Emerging (VWO) | A | Dividend | J | T | Sold (part) | 06/12/20 | J | | |
| 197. | | | | | Sold (part) | 07/16/20 | J | A | |
| 198.  - Vanguard Intermediate Term Bond (VFIDX) | D | Dividend | M | T | Sold (part) | 02/26/20 | K | A | |
| 199. | | | | | Buy (add'l) | 12/30/20 | K | | |
| 200.  - Virtus SEIX Floating Rate Income Fd (SAMBX) | A | Dividend | | | Sold | 02/26/20 | K | | |
| 201.  - SPDR S&P 500 ETF (SPY) | B | Dividend | K | T | Sold (part) | 02/27/20 | K | D | |
| 202. | | | | | Sold (part) | 12/21/20 | K | D | |
| 203. | | | | | Sold (part) | 12/31/20 | K | D | |
| 204.  - Vanguard International Value Fd (VTRIX) | A | Dividend | K | T | Buy (add'l) | 02/26/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 206. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 207. | | | | | Sold<br>(part) | 12/30/20 | J | B | |
| 208.  - Vanguard Growth ETF (VUG) | A | Dividend | | | Sold<br>(part) | 02/27/20 | K | D | |
| 209. | | | | | Sold | 06/12/20 | L | E | |
| 210.  - IShares MSCI EAFE ETF (EFA) | | None | | | Sold | 06/12/20 | K | B | |
| 211.  - Dodge & Cox Income Fd #147 (DODIX) | D | Dividend | M | T | Sold<br>(part) | 05/12/20 | K | B | |
| 212. | | | | | Buy<br>(add'l) | 12/18/20 | K | | |
| 213. | | | | | Buy<br>(add'l) | 12/30/20 | K | | |
| 214.  - Lazard Global Listed Infrastructure Fd<br>#1243 (GLIFX) | B | Dividend | K | T | Sold<br>(part) | 06/11/20 | J | | |
| 215. | | | | | Sold<br>(part) | 12/18/20 | J | | |
| 216. | | | | | Sold<br>(part) | 12/30/20 | J | | |
| 217.  - Harbor Large Cap Value Fd (HAVLX) | C | Dividend | L | T | Buy<br>(add'l) | 05/12/20 | J | | |
| 218. | | | | | Sold<br>(part) | 06/11/20 | K | B | |
| 219. | | | | | Sold<br>(part) | 12/18/20 | K | D | |
| 220.  - Principal Mid Cap Value Fd - R6<br>(PMAQX) | A | Dividend | K | T | Sold<br>(part) | 02/26/20 | J | B | |
| 221. | | | | | Sold<br>(part) | 06/11/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 223. | | | | | Sold<br>(part) | 12/18/20 | J | B | |
| 224. | | | | | Sold<br>(part) | 12/30/20 | J | C | |
| 225.   - Nuance Mid Cap Value - Z (NMVZX) | A | Dividend | | | Sold<br>(part) | 06/11/20 | J | | |
| 226. | | | | | Sold | 07/15/20 | K | | |
| 227.   - Schwab US REIT (SCHH) | A | Dividend | | | Buy<br>(add'l) | 02/27/20 | K | | |
| 228. | | | | | Sold | 04/22/20 | K | | |
| 229.   - Touchstone Mid Cap Growth - Inst<br>(TEGIX) | B | Dividend | K | T | Sold<br>(part) | 02/26/20 | J | A | |
| 230. | | | | | Sold<br>(part) | 06/11/20 | J | A | |
| 231. | | | | | Sold<br>(part) | 12/18/20 | J | B | |
| 232. | | | | | Sold<br>(part) | 12/30/20 | J | A | |
| 233.   - Vanguard Value ETF (VTV | A | Dividend | | | Sold<br>(part) | 02/27/20 | K | A | |
| 234. | | | | | Sold | 06/12/20 | K | | |
| 235.   - Western Asset Core Plus Bond Fd<br>(WACPX) | D | Dividend | N | T | Buy<br>(add'l) | 04/30/20 | L | | |
| 236. | | | | | Buy<br>(add'l) | 06/22/20 | K | | |
| 237. | | | | | Buy<br>(add'l) | 12/18/20 | K | | |
| 238. | | | | | Buy<br>(add'l) | 12/30/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. - Wisdomtree US Quality Dividend ETF (DGRW) | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 240. - MFS Emerging Markets Debt Fd - R6 (MEDHX) | A | Dividend | | | Buy | 02/26/20 | K | | |
| 241. | | | | | Sold (part) | 03/20/20 | K | | |
| 242. | | | | | Sold (part) | 04/21/20 | J | A | |
| 243. | | | | | Sold | 05/12/20 | J | | |
| 244. - Oakmark International Small Cap - Inst #2888 (OANEX) | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 245. - PGIM High Yield Fund Class R6 (PHYQX) | B | Dividend | L | T | Buy | 02/26/20 | K | | |
| 246. | | | | | Sold (part) | 03/20/20 | K | | |
| 247. | | | | | Sold | 04/21/20 | J | A | |
| 248. | | | | | Buy | 04/30/20 | K | | |
| 249. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 250. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 251. - Pacific Floating Rate Income Fund (PLFRX) | B | Dividend | L | T | Buy | 02/26/20 | K | | |
| 252. | | | | | Sold | 03/20/20 | K | | |
| 253. | | | | | Buy | 05/12/20 | K | | |
| 254. | | | | | Buy (add'l) | 06/22/20 | J | | |
| 255. | | | | | Buy (add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 03/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.   - Polen International Growth Fund - Inst (POIIX) | | None | J | T | Buy | 06/19/20 | J | | |
| 257.   - Polen Growth Fund - Inst (POLIX) | A | Dividend | K | T | Buy | 06/11/20 | K | | |
| 258.   - Invesco QQQ Trust ETF (QQQ) | A | Dividend | K | T | Buy | 07/16/20 | K | | |
| 259.   - Touchstone Sands Emerging Growth Fund #565 (TSEGX) | | None | J | T | Buy | 07/15/20 | J | | |
| 260.   - Vanguard Real Estate ETF (VNQ) | A | Dividend | J | T | Buy | 04/22/20 | K | | |
| 261. | | | | | Sold (part) | 06/12/20 | J | B | |
| 262. | | | | | Sold (part) | 12/21/20 | J | A | |
| 263. | | | | | Sold (part) | 12/31/20 | J | A | |
| 264.   - Wasatch International Opportunities Fd (WIIOX) | A | Dividend | K | T | Buy | 02/26/20 | J | | |
| 265. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 266. | | | | | Sold (part) | 12/30/20 | J | A | |
| 267.   - Wells Fargo Core Bond Fd (WTRIX) | D | Dividend | M | T | Buy | 06/22/20 | M | | |
| 268. | | | | | Buy (add'l) | 12/18/20 | K | | |
| 269. Croation Fraternal Union Whole Life Insurance Policy | A | Dividend | J | T | | | | | |
| 270. Crown Life Insurance Guaranteed Universal "W" | A | Interest | J | T | | | | | |
| 271. Crown Life Insurance Guaranteed Universal "H" | A | Interest | J | T | | | | | |
| 272. First Commonwealth Financial Corporation (FCF) "X" | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Baxter, Susan P.** | 03/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III. B.   I failed to list my husband's Salary and Bonus in my Year 2019 report and that report should be amended to include [        ] - Salary and Bonus.

Line 272 -  I inherited shares of First Commonwealth Financial Corp. stock from [        ] upon the death of [        ] in 2010. I have failed to report this in all annual forms by inadvertence. It is now listed in Part VII. Line 272, and should have been so listed since the FY 2010 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Susan P. Baxter

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544